M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 OCT 29 A 10:38

Warren Alfred Royea JR.                )
_____     )
Full name and prison name of           )  DEBRA P. HACKETT, C...
Plaintiff(s)                           )  U.S. DISTRICT COURT
                                       )  MIDDLE DISTRICT ALA
v.                                     )  CIVIL ACTION NO. 3:08CV 866-H
                                       )  (To be supplied by Clerk of U.S. District
Lee County Judicial                    )  Court)
System                                 )
_____     )
Seth Donaldson                         )
_____     )
                                       )
_____     )
Name of person(s) who violated your    )
constitutional rights. (List the names )
of all the person.)                    )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐    NO ☒

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff (s) _____

           _____

           Defendant(s) _____

           _____

       2.  Court (if federal court, name the district; if state court, name the county)

           _____

           _____

    3.    Docket number _____

    4.    Name of judge to whom case was assigned _____

    5.    Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

    6.    Approximate date of filing lawsuit _____

    7.    Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT **Lee County Detention Center**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Lee County Detention Center**

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lee County Judicial System | 2311 Gatway drive, Opelika, AL. 36801 |
| 2. | Seth Donaldson | 132 N. Gay St. Suite 201 Auburn, AL. |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED **September 2008**

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Violation of my Due-process**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On June 13, 2008 I was arrested for Possesion of a forged instrument. I missed the Grand Jury, So I was not schedualde to be indicted untill the Next term in September. However when September came I was not indicted, and for no reason.

GROUND TWO: Insufficient Counsel

SUPPORTING FACTS: Attny. Seth Donaldson was appointed to my case on June 16, 2008. He withdrew from my case without giving me any notice on September 25, 2008. Between the former and Latter dates I was not contacted at all by Seth Donaldson.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

~~[illegible]~~ I would like for my case to be dismissed due to the Grounds that I Stated. I would like to recieve compensation Due to the grounds stated

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/22/2008
         (Date)

_____
Signature of plaintiff(s)

