IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA.

RECEIVED
2008 DEC -1 A 10: 42
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WARREN ALFRED ROYEA, JR.   PRO-SE
   Plaintiff,

V.                                                  3:08-CV-866-TMH
                                                         (WO)
LEE COUNTY JUDICIAL SYSTEM,
ET. AL,   DEFENDANTS

## Motion to Dismiss Without Prejudice

Comes now Plaintiff WARREN ROYEA, JR. in the above cause and moves the Court to allow him to dismiss this action without prejudice.

Plaintiff submits the following in support:

1. That Plaintiff are still incarcerated in the County Jail, Lee County Justice Center in Opelika AL, 36801.
2. That Plaintiff are unable to pursuant this action due to Plaintiff not being able to spend time in the law library like he would need to.
3. The law library here are inadequate to the point of not having the proper books, nor law material to litigate a case.

4. IT would be a waste of Plaintiff and the Courts time to try and litigate this action from the County Jail here.

5. Plaintiff now ask the Courts permission to litigate at a later date on this action once he is tranferred to the State Prison System.

### Conclusion

Plaintiff prays the Court grant his relief requested.

Respectfully Submitted

Pro-se _____
Warren Alfred Royer, Jr.

Done this the 28th day of November, 2008.

Warren A Royea JR
PO Box 2407
Opelika, AL. 36801-2407



MONTGOMERY AL 361
28 NOV 2008 PM 3 T

Office of the Clerk
United States District Court
PO Box 0711
Montgomery, AL. 36101-0711

36101+0711